```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
I.T. INTERNATIONAL TELECOM MARINE SRL,                           :
                                                                 :
                          Petitioner,                            :
                                                                 :       24-cv-9590 (LJL)
        -v-                                                      :
                                                                 :            ORDER
GIGNET, INC., FB SUBMARINE PARTNERS LLC,                         :
                                                                 :
                          Respondents.                           :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/15/2025

LEWIS J. LIMAN, United States District Judge:

On December 16, 2024 Petitioner filed the instant petition seeking confirmation of an arbitration award. Dkt. No. 1.

Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition for confirmation by January 28, 2025. Respondent's opposition, if any, is due on February 18, 2025. Petitioner's reply, if any, is due on February 25, 2025.

SO ORDERED.

Dated: January 15, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge