**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
I.T. INTERNATIONAL TELECOM MARINE SRL,

                Petitioner,                      24 **CIVIL** 9590 (LJL)

      -against-                          **JUDGMENT**

GIGNET, INC., FB SUBMARINE PARTNERS LLC,

                Respondents.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 4, 2025, the Petition is granted, and the Award is confirmed. Petitioner is entitled to judgment in the amount of $1,700,815.60 plus interest at 12% per annum from November 22, 2024, totaling to $5,759.47 in interest, with statutory post-judgment interest under 28 U.S.C. § 1961 to accrue from the date of judgment. Accordingly, the case is closed.

**Dated:** New York, New York

      March 5, 2025

                                              **TAMMI M. HELLWIG**
                                               **Clerk of Court**

                        **BY:**

                                               _____
                                                  **Deputy Clerk**